IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JOHN BRAGORGOS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 13-2417-JDT-cgc |
| | ) | |
| BOBBY RILES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE

On November 14, 2013, Magistrate Judge Charmiane G. Claxton issued a report and recommendation on the motion to dismiss of Defendant Ronnie Faulkner in his individual capacity [DE# 19].[1] Magistrate Judge Claxton recommended that Defendant's motion to dismiss be granted. No objections have been filed. Therefore, Magistrate Judge Claxton's report and recommendation [DE# 23] is ADOPTED, and Ronnie Faulkner is hereby DISMISSED as a defendant.

IT IS SO ORDERED.

  s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

---

[1] Defendant Faulkner is sued in his individual capacity only.